UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

DOREEN KAY HICKS and
ROBERT EUGENE HICKS,

Case No.: 3:05-bk-02671-GLP
Chapter 13

_____ Debtors. _____/

## ORDER AUTHORIZING THE WITHDRAWAL OF THE MOTION BY UNITED STATES TRUSTEE TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(b) AND CANCELLING HEARING SCHEDULED FOR AUGUST 24, 2005 AT 1:00 P.M.

This case came on for consideration on the Motion by United States Trustee for an order Authorizing the Withdrawal of the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(b) and Cancelling the Hearing Scheduled for August 24, 2005 at 1:00 p.m. It is

ORDERED:

1. The request for withdrawal of the United States Trustee's Motion to Dismiss Case is granted.

2. The hearing currently scheduled for August 24, 2005 at 1:00 p.m. on the United States Trustee's Motion to Dismiss Case Pursuant to 11 U.S.C. § 707(b) is cancelled.

DATED this 24 day of August 2005 in Jacksonville, Florida.

GEORGE L. PROCTOR
United States Bankruptcy Judge

Copies to:
Debtors
Debtors Counsel
Trustee
U.S. Trustee