# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:

**DOREN KAY HICKS AND
ROBERT EUGENE HICKS**

    DEBTOR(S).

CASE NUMBER **3:05-02671-GLP**

CHAPTER 13 BANKRUPTCY

## PRAECIPE WITHDRAWING THE PROOF OF CLAIM NUMBER 14, FILED BY ECAST SETTLEMENT CORPORATION, ASSIGNEE OF MBNA AMERICA BANK N.A.

eCast Settlement Corporation, assignee of MBNA America Bank N.A., by and through it's counsel, hereby withdraws its Proof of Claim, filed on December 5, 2005, and marked as **number 14** on the Court's claims register, for **account number \*\*\*\*\*\*\*\*3992**, and in the amount of **$10,907.96**. This claim is a duplicate of claim number 8 which should remain as filed and be paid as an unsecured claim in the amount of $10,907.96.

    Respectfully submitted,

Dated: 5/31/2006      BY:    /s/THOMAS A. LEE, III
    Thomas A. Lee, III
    BECKET & LEE LLP
    16 General Warren Boulevard
    P.O. Box 3001
    Malvern, PA 19355
    (610) 644-7800

    Attorney/Agent for Creditor

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:

CASE NUMBER **3:05-02671-GLP**

**DOREN KAY HICKS AND
ROBERT EUGENE HICKS**

CHAPTER 13 BANKRUPTCY

    DEBTOR(S).

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on the 31st day of May, 06, I served or caused to be served, by first class United States mail, postage prepaid a true and correct copy of the Withdrawal of Proof of Claim Number 14, filed by eCAST Settlement Corporation, assignee of MBNA America Bank N.A., upon all parties listed below:

    Mamie L. Davis
    Standing Chapter 13 Trustee
    P. O. Box 4308
    Jacksonville, FL  32201-4308

    Derri Lassiter-Taylor, Esquire
    6215 Claret Drive
    Jacksonville, FL  32210-7702

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: 5/31/2006
                                        /s/THOMAS A. LEE, III
                                       Thomas A. Lee, III
                                       BECKET & LEE LLP
                                       16 General Warren Boulevard
                                       P. O. Box 3001
                                       Malvern, PA  19355
                                       (610) 644-7800