UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:             Case No. 3:05−bk−02671−PMG
Chapter 13

Doreen Kay Hicks

Robert Eugene Hicks

      Debtor(s)      /

ORDER APPROVING CHAPTER 13 TRUSTEE'S REPORT DISCHARGING TRUSTEE, CANCELLING BOND AND CLOSING ESTATE

   It appearing to the Court that the Trustee has completed all disbursements due under the Plan, and has rendered a full and complete account thereof, and that said Trustee has performed all other and further duties required in the administration of said estate, it is hereby

   ORDERED:

   1. The report of the Trustee in this Chapter 13 case is approved.

   2. The Trustee is discharged and relieved of his trust; and the portion of the Master Bond of the Trustee in this estate is cancelled and the Trustee is released from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

   Dated June 8, 2009 .

_____
Paul M. Glenn
Chief United States Bankruptcy Judge

Copies furnished to:
Debtor(s)
Debtor(s)' Attorney
Trustee
United States Trustee

# CERTIFICATE OF NOTICE

```
District/off: 113A-3          User: spaetc            Page 1 of 1              Date Rcvd: Jun 08, 2009
Case: 05-02671                Form ID: 3602           Total Noticed: 2

The following entities were noticed by first class mail on Jun 10, 2009.
db/jdb     +Doreen Kay Hicks,   Robert Eugene Hicks,   44075 Osceola Way,   Callahan, FL 32011-4035
aty         Derri Lassiter-Taylor,   The Lassiter-Taylor Law Firm,   6215 Claret Dr,
             Jacksonville, FL  32210-7702
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 10, 2009**             **Signature:**    _Joseph Speetjens_